IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| BENJAMIN HENRIQUEZ, | ) | NO.: 23-06215 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: DONALD R. CASSLING |
| | ) | |

## NOTICE OF MOTION

TO: See attached list

     PLEASE TAKE NOTICE that on June 20, 2023, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom 619 at 219 S. Dearborn St., Chicago, IL 60604 **or** electronically as described below and present the motion of M&T Bank for Relief from Stay, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

     **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

     **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. Then enter the meeting ID and passcode.

     **Meeting ID and passcode.** The meeting ID for this hearing is **161 414 7941** and the passcode is **619**. The meeting ID and passcode can also be found on Judge Cassling's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 25, 2023, 2023, at 5:00p.m.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera Bhoopal*

Kinnera Bhoopal
ARDC# 6295897
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

## SERVICE LIST

| | |
|---|---|
| To Trustee:<br>Alex D Moglia, ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173 | *by Electronic Notice through ECF* |
| To U.S. Trustee:<br>Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | *by Electronic Notice through ECF* |
| To Debtor:<br>Benjamin Henriquez<br>2423 N Parkside Ave<br>Chicago, IL 60639 | *Served via U.S. Mail* |
| To Attorney:<br>David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| BENJAMIN HENRIQUEZ, | ) NO.: 23-06215 |
| | ) |
| Debtor. | ) CHAPTER 7 |
| | ) |
| | ) JUDGE: DONALD R. CASSLING |
| | ) |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES M&T Bank by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay entered on the property located at 2423 N Parkside Ave, Chicago, Illinois 60639 be Modified stating as follows:

1. On May 10, 2023, the above captioned Chapter 7 was filed.

2. M&T Bank services the first mortgage lien on the property located at 2423 N Parkside Ave, Chicago, Illinois 60639.

3. The debt is based on an April 23, 2009, Mortgage and Note in the original sum of $230,848.00.

4. As of May 16, 2023, the funds necessary to pay off M&T Bank on the above captioned account were approximately $229,822.52. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's schedules list the fair market value of said property at $277,000.00.

5. According to the Debtor's schedules, there are other liens on the property totaling $32,000.00.

6. As of May 16, 2023, the account is due for the November 1, 2022 mortgage payment for a total delinquency of $10,555.37 through May 2023,

7. Attorney's fees and costs associated with the filing of this motion are $1,138.00 and may be deemed recoverable from the Debtor.

8. M&T Bank services the loan on the Property referenced in this Motion.  In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge, and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of M&T Bank.  Movant, directly or through an agent, has possession of the Note.  The Note is either made payable to Movant or has been duly endorsed.

9. M&T Bank continues to be injured each day it remains bound by the Automatic Stay.

10. M&T Bank is not adequately protected.

11. The property located at 2423 N Parkside Ave, Chicago, Illinois 60639 is not necessary for the Debtor's reorganization.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified, and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and for such other relief as this Court deems just.

        M&T Bank

        McCalla Raymer Leibert Pierce, LLC

By:    */s/Kinnera Bhoopal*
        Kinnera Bhoopal
        Illinois Bar No. 6295897
        Attorney for Creditor
        1 N. Dearborn Suite 1200
        Chicago, IL  60602
        Phone:  (312) 346-9088
        Fax:  (312) 551-4400
        Email: ILpleadings@mrpllc.com